UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RONALD MARTIN and JACQUELIN MARTIN,

      Plaintiffs,

v.                                    Case No:  2:13-cv-585-FtM-38DNF

REFLECTION LAKES MASTER ASSOCIATION, INC. and GOEDE, ADAMCZYK & DEBOEST, PLLC,

      Defendants.
_____/

### ORDER[1]

This matter comes before the Court on the Plaintiffs, Ronald and Jacquelin Martin, and the Defendants, Reflection Lakes Master Association, Inc. and Goede, Adamczyk and DeBoest, PLLC f/k/a Condo & HOA Law Group, PLLC's, Stipulation of Dismissal (Doc. #21) filed on October 23, 2013.  Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order.  The Rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

(ii) A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

In this instance, the Parties inform the Court that they have reach a settlement in this case and stipulate to an order dismissing the case with prejudice.  The stipulation was signed by counsel for all Parties and complies with the Federal Rules.

Accordingly, it is now

**ORDERED:**

The Plaintiffs, Ronald and Jacquelin Martin, and the Defendants, Reflection Lakes Master Association, Inc. and Goede, Adamczyk and DeBoest, PLLC f/k/a Condo & HOA Law Group, PLLC's, Stipulation of Dismissal (Doc. #21) is **GRANTED**.

1. The Plaintiff's Complaint is hereby **DISMISSED** with prejudice and all Parties will bear their own attorney's fees and costs.
2. The Clerk of the Court is directed to enter judgment accordingly, terminate any pending motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 25th day of October, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record